Forty-Second Street Railroad Company against Jacob A. Cantor, as president, etc. No opinion. Motion denied.

FOX v. ERBE et al. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Grant C. Fox against William Erbe and another. No opinion. Motion **granted. See memorandum.**

FOX et al., Appellants, v. PEACOCK, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Hugh C. Fox and others against G. H. Peacock. H. Wetherhorn, for appellants. R. Claughton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FRANK v. MERCANTILE NAT. BANK. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Lee Frank against the Mercantile National Bank. No opinion. Motion for leave to go to the Court of Appeals granted.

FRANKEL, Respondent, v. STOCKMAN et al., Appellants. (Supreme Court, Appellate Term. March 21, 1905.) Appeal from Municipal Court, Borough of Manhattan, Thirteenth District. Action by Isador Frankel against Samuel Stockman and another. From a judgment for plaintiff, defendants appeal. Reversed. Ignace Irving Apfel, for appellants. Charles Frankel, for respondent.

PER CURIAM. The evidence fails to show either an actual or an implied agreement on the part of defendants to pay plaintiff for services rendered to Schwartz. Judgment reversed, and new trial granted, with costs to appellants to abide the event.

FRANKLIN v. BEEGLE et al. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by William Franklin against William H. Beegle and others.

PER CURIAM. Interlocutory judgment reversed, without costs, and defendant's demurrer sustained, on authority of Franklin v. Beegle (decided herewith) 92 N. Y. Supp. 449, with leave to the plaintiff to amend his complaint within 20 days.

FREELAND v. SHAW et al. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Alfred A. Freeland against A. B. and E. L. Shaw. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

FRENCH v. UNITED STATES CANNING CO. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Albert F. French against the United States Canning Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

FRIES et al., Appellants, v. PIKE, Respondent. (Supreme Court, Appellate Division,

Fourth Department. March 16, 1905.) Action by Fred F. Fries and another against John Pike.

PER CURIAM. Judgment reversed, with costs. Held, that the answer did not state facts showing that the title to real estate would come in question upon the trial.

FRUHLINGER, Respondent, v. STACK, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Ignatz Fruhlinger against Edward F. Stack.

PER CURIAM. Judgment and order of the County Court of Westchester county affirmed, with costs.

HOOKER, J., not voting.

GADSKI-TAUSCHER v. AMERICAN SURETY CO. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Johannah Gadski-Tauscher against the American Surety Company. No opinion. Motion denied. Memorandum per curiam.

GADSKI-TAUSCHER v. GRAFF (two cases). (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by Johannah Gadski-Tauscher against Clarence L. Graff. No opinion. Motion granted, so far as to dismiss appeals, with $10 costs.

In re GALL. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) In the matter of the judicial settlement of the account of Amelia Gall, as administratrix of Joseph Gall, deceased. No opinion. Order of the Surrogate's Court of Kings county, denying motion of administratrix to vacate decree, affirmed, with $10 costs and disbursements.

In re GALL. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) In the matter of the judicial settlement of the account of Amelia Gall, as administratrix, etc., of Joseph Gall, deceased.

PER CURIAM. We think the appellant has precluded himself from prosecuting this appeal, so far as it affects that provision of the decree which makes the sum of $2,775.75 costs payable out of the estate, and to that extent his appeal should be dismissed. Ordered accordingly.

In re GALL. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) In the matter of the judicial settlement of the account of Amelia Gall, as administratrix, etc., of Joseph Gall, deceased.

PER CURIAM. Decree of the Surrogate's Court of Kings county affirmed, with costs.

HOOKER, J., not voting.

GALLAGHER, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Annie Gallagher, as administratrix, against Edgar B. Newman. E. P. Mowton, for appellant. J. A. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.